# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

---

UNITED STATES OF AMERICA,

V.

# CR 14 00114

JASON DAVID MILLER



DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i) – Intentionally Causing Damage to a Protected Computer

---

A true bill.

_____
Foreman

Filed in open court this ___5th___ day of _March, 2014_

_____pes. _____

~~Clerk~~ U.S. Magistrate Judge

Bail, $ __No bail arrest warrant__

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Fax: (408) 535-5066
   Email: David.Callaway@usdoj.gov

Attorneys for United States of America

SEALED BY ORDER OF THE COURT

E-filing

FILED
MAR 05 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR14 00114  HRL  EJD |
| Plaintiff, | VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i) – Intentionally Causing Damage to a Protected Computer |
| v. | |
| JASON DAVID MILLER, | SAN JOSE VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment, unless otherwise indicated:

Background

1.   Hacker Dojo was a non-profit community center in Mountain View, California, that provided a working space and events venue for its members. Those members paid a monthly fee in exchange for working space, an email account, and access to high speed Internet through Hacker Dojo's internal computer network.

//

INDICTMENT

2. A "Distributed Denial of Service" ("DDoS") is generally described as a hacking attack that attempts to flood a victim computer or network with a large amount of data in order to prevent legitimate users from accessing information or services on that target computer or network. In order to initiate a DDoS attack, the person or persons conducting the attack must know the Internet Protocol (IP) address of the target. An IP address is a unique identifier for a computer or device on a network.

3. Hacker Dojo's internal computer network suffered a series of DDoS attacks between June 22 and July 14, 2013. Those attacks resulted in the temporary loss of an Internet connection for Hacker Dojo's members.

4. The defendant, Jason David Miller, who resided in Mountain View, California, first joined Hacker Dojo as a member on May 19, 2013, using the first name "ad" and the last name "min," such that his username became "ad.min" and his email address "ad.min@hackerdojo.com." Hacker Dojo management would not permit the defendant to continue using that username and address. As a result of this dispute, the defendant's membership was terminated on May 20, 2013. On June 1, 2013, the defendant re-registered with Hacker Dojo under the pseudonym "Dallas Smith."

COUNT ONE: (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B)(i) – Intentionally Causing Damage to a Protected Computer)

5. Paragraphs 1 through 4 are realleged and incorporated as if fully set forth here.

6. On or about July 13, 2013, in the Northern District of California, the defendant,

JASON DAVID MILLER,

knowingly caused the transmission of a program, information, code, and command, namely, a DDoS attack, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer;

//
//
//
//
//
//

INDICTMENT

2

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i).

DATED: 3/5/14

A TRUE BILL

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, Computer Hacking/Intellectual Property

(Approved as to form: _____ )
AUSA David R. Callaway

INDICTMENT

3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B)(i) - Intentionally Causing Damage to a Protected Computer

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Up to 10 years imprisonment, $250,000 fine (or twice the gross loss), 3 years TSR, $100 SAF, plus restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CR 14 00114 EJD HRL

DEFENDANT - U.S.
▶ Jason David MILLER

DISTRICT COURT NUMBER

FILED
MAR 05 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
S/A Greg Fine, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DAVID R. CALLAWAY

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

[Stamps: SEALED BY ORDER OF THE COURT; E-filing]